BEFORE THE THIRD DIVISION, FEBRUARY 9, 1944

**No. 49192.**—Protests 949818–G, etc., of F. M. Nonaka & Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel that the commodity in question is the same in all material respects as that the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) this claim was sustained.

**No. 49193.**—Protests 34478–K, etc., of F. M. Nonaka & Co. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel that the commodity in question is the same in all material respects as that the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) this claim was sustained.

**No. 49194.**—Protest 101955–K of Daniel F. Young, Inc. (New York).

Opinion by CLINE, J. An examination of the record failed to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's decision. The protest was therefore overruled.

**No. 49195.**—Protest 103084–K of H. S. Dorf & Co., Inc. (New York).

Opinion by EKWALL, J. At the hearing the Government moved to dismiss the protest on the ground that there was no appearance on the part of the plaintiff and that the importer had failed to file the age certificate as required by Article 451½, Customs Regulations of 1931, as amended by T. D. 48102. On the record presented the protest was overruled.